**Appeal Dismissed and Memorandum Opinion filed June 24, 2021.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00432-CV

## NASSER CHEHAB, Appellant

## V.

## BBVA COMPASS BANCSHARES, INC., Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-10745**

## MEMORANDUM  OPINION

This appeal is from a judgment signed June 1, 2020. The clerk's record was filed August 18, 2020. No reporter's record was filed. No brief was filed.

On May 6, 2021, this court issued an order stating that unless appellant filed a brief on or before May 26, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no brief or other response.

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Zimmerer and Hassan.